**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6497**

GREG L. HAMMER,

                Plaintiff - Appellant,

        v.

WENDY HOBBS, Sued in their individual and officials
capacities; J. KEELING, Sued in their individual and
officials capacities; M. MEYERS, Sued in their individual
and officials capacities,

                Defendants – Appellees,

        and

KEELING, Warden,

                Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:14-cv-00008-JCC-MSN)

Submitted:  August 20, 2015          Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Greg L. Hammer, Appellant Pro Se.  Richard Carson Vorhis, Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg L. Hammer appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) civil rights complaint in which Hammer alleged violations of the First and Fourteenth Amendments and the Religious Land Use and Institutionalized Persons Act, see 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hammer v. Hobbs, No. 1:14-cv-00008-JCC-MSN (E.D. Va. Mar. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED